UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DANIEL CARR,

    Plaintiff,

        v.                                        CA No. 23-cv-495-WES

BLISH & CAVANAGH, LLP, et al.

    Defendants.

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to the Text Order entered on January 4, 2024, and in accordance with Fed. R. Civ. P. 58., judgment is entered dismissing this civil action.

It is so ordered.

January 4, 2024                         By the Court:

                                           /s/ William E. Smith
                                           United States District Judge